IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAY 30 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| ADRIANA MARIN SOTELO | : | 1:23CR188-1 |
| ALDER ALFONSO MARIN SOTELO | : | 1:23CR188-2 |
| GEOVANNI TORRES-SANTANA | : | 1:23CR188-3 |

The Grand Jury charges:

GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. On December 9, 2022, Alder Alfonso Marin Sotelo was convicted of possession of a firearm by an unlawful alien, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2), in the Middle District of North Carolina.

2. Alder Alfonso Marin Sotelo was an inmate in the custody of the United States Marshal Service, housed at the Piedmont Regional Jail in Farmville, Virginia, awaiting sentencing for his conviction.

3. Adriana Marin Sotelo is the sister of Alder Alfonso Marin Sotelo and lived in Winston-Salem, North Carolina.

4. Geovanni Torres-Santana was an inmate in the custody of the United States Marshal Service, also housed at the Piedmont Regional Jail in Farmville, Virginia, awaiting sentencing on a supervised release revocation.

5. On April 30, 2023, Alder Alfonso Marin Sotelo escaped from Piedmont Regional Jail in Farmville, Virginia, by climbing over the fence.

## COUNT ONE

Beginning on or about April 28, 2023, continuing up to and including on or about May 1, 2023, in the County of Forsyth, in the Middle District of North Carolina, and elsewhere, ADRIANA MARIN SOTELO, ALDER ALFONSO MARIN SOTELO, GEOVANNI TORRES-SANTANA, and divers other persons, known and unknown to the Grand Jurors, knowingly, willfully, and unlawfully did conspire, combine, confederate, and agree to commit an offense against the United States, that is: Conspiracy to Instigate or Assist Escape; in violation of Title 18, United States Code, Section 752(a).

## METHOD AND MEANS

1. It was a part of the conspiracy that the co-conspirators obtained a car for Alder Alfonso Marin Sotelo, an inmate at Piedmont Regional Jail, to use as his getaway car during his escape from Piedmont Regional Jail.

2. It was a further part of the conspiracy that the co-conspirators negotiated a price for driving the getaway car to Virginia for Alder Alfonso Marin Sotelo to use.

3. It was a further part of the conspiracy that the co-conspirators agreed on the respective roles each would perform to assist Alder Alfonso Marin Sotelo in his escape from Piedmont Regional Jail.

## OVERT ACTS

In furtherance of the aforesaid conspiracy and to affect the objects and purposes thereof, ADRIANA MARIN SOTELO, ALDER ALFONSO MARIN SOTELO, GEOVANNI TORRES-SANTANA, and various other persons, known and unknown to the Grand Jurors, committed numerous overt acts in the Middle District of North Carolina and elsewhere, including but not limited to the following:

1. On or about April 28, 2023, ADRIANA MARIN SOTELO purchased a car in High Point, North Carolina, for Alder Alfonso Marin Sotelo to use in his escape from Piedmont Regional Jail.

2. On or about April 28, 2023, GEOVANNI TORRES-SANTANA directed an unindicted co-conspirator(s) located in High Point, North Carolina to meet with ADRIANA MARIN SOTELO at Palacios Automotive to obtain the getaway car.

3. On or about April 29, 2023, ALDER ALFONSO MARIN SOTELO called ADRIANA MARIN SOTELO and directed her to meet with an unindicted co-conspirator and pay $2,500 in cash as agreed upon with GEOVANNI TORRES-SANTANA.

4. On or about April 29, 2023, GEOVANNI TORRES-SANTANA completed a video facetime call and directed the unindicted co-conspirator about where to park the getaway car.

All in violation of Title 18, United States Code, Section 371.

DATED: May 30, 2023

SANDRA J. HAIRSTON
United States Attorney

*Nicole R. Dupré by SF*

BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

4